# RWR
## Russin Williams Reporting

# Deposition of
# Alejandro Gonzalez-Aller

**Date:** November 8, 2011

**Case:** GONZALEZ-ALLER vs. NORTHERN N.M. COLLEGE
**Cause No.:** CIV 11-CV-105-WDS-ACT

COPY

1608 Fifth Street NW
Albuquerque, New Mexico 87102
Phone: 505-843-7789
Fax: 505-843-6389

201 N. Church Street, Suite 320
Las Cruces, New Mexico 88001
Phone: 575-993-4034
Fax: 505-843-6389

Email: office@russinwilliams.com
Internet: www.russinwilliams.com



This transcript was prepared on
30% Post-Comsumer
content paper



EXHIBIT 3

Case 1:11-cv-00105-LH-ACT   Document 35-3   Filed 01/30/12   Page 2 of 3

Page 33 (Pages 129-132)

GONZALEZ-ALLER vs. NORTHERN N.M. COLLEGE
CIV 11-CV-105 WDS-ACT

Alejandro Gonzalez-Aller
November 08, 2011

Page 129

1  A. Not a contract.
2  Q. How did this faculty contract come about?
3  It's called a faculty contract, right?
4  A. Yes, uh-huh.
5  Q. Do you understand it to be a contract?
6  A. Yes.
7  Q. Who gave this to you?
8  A. Nancy O'Rourke.
9  Q. The same kind of situation for the
10 Exhibit 3 contract?
11 A. Yes.
12 Q. She called you?
13    MR. MOZES: Object that -- go ahead.
14 Q. Did she call you to come into her office,
15 or did you call her to come over there to sign a
16 contract?
17 A. I would say I probably called her, because
18 I needed to sign the contract.
19 Q. Did you read this contract before you
20 signed it?
21 A. Yes.
22 Q. Did you get a copy of the contract when you
23 left?
24 A. When I left?
25 Q. Yes, when you left the Human Resources

Page 130

1  office that day.
2  A. I always ask for a copy, yes.
3  Q. Any other paperwork you filled out in
4  conjunction with this Exhibit 4?
5  A. There is another paper that says the salary
6  and says it's an 11-month contract, and it's got more
7  detail.
8  Q. Was this signature on the "Approved" line,
9  where it says, "President, Northern New Mexico
10 College," on the contract before you signed it?
11 A. I don't remember.
12    Normally they -- the faculty member signs
13 it first and then the president, but --
14 Q. Okay. And that wasn't the case with
15 Exhibit 3, was it?
16 A. No.
17 Q. You signed it after it was stamped with the
18 president's signature?
19 A. Well, that's what it shows in there, yes.
20 Q. And that's out of the norm?
21 A. Yes.
22 Q. So you don't know if Exhibit 4 was also out
23 of the norm, where the president had signed it before
24 the faculty member signed it?
25 A. I do not remember.

Page 131

1  Q. Do you know why you didn't date this?
2  A. Oh, no, I -- I think I do put the date
3  before.
4  Q. See, and I don't know if that date is -- is
5  this your handwriting on the "Date" line, or is
6  that -- is this Trujillo's handwriting or your
7  handwriting on the "President" line, or someone
8  else's?
9  A. Well, it looks like mine. It looks like it
10 could be mine.
11 Q. The numbers?
12 A. Yes.
13 Q. Because you're a math guy, you know how you
14 make your numbers?
15 A. Yes, I could have done that.
16 Q. Just dated it on the wrong line?
17 A. Yes.
18 Q. Okay. That's fine.
19    Do you think you signed it on about
20 September 11th, 2009?
21 A. Yes.
22 Q. Do you have your own copy of this document
23 in your files at home?
24 A. I believe I do, yes.
25 Q. Because maybe we can check and see if the

Page 132

1  signature was on there or not. I will do that in a
2  request for production.
3  A. Okay.
4  Q. And you read this contract --
5  A. Yes.
6  Q. -- and understood what it meant --
7  A. Yes.
8  Q. -- before signing it?
9  A. Uh-huh.
10 Q. Okay. Thank you.
11    Now, going back to the director position,
12 you knew at some point that you were not going to be
13 dean for the 2009-2010 school year, correct?
14 A. Well, I knew after I had a meeting with the
15 provost and the president.
16 Q. Do you know what month that meeting was in?
17 A. Sometime in the month of June.
18 Q. June of '09?
19 A. Yeah.
20 Q. You met with the provost and met with the
21 president, and they said, "We can't swing the dean
22 position, with the reorganization and money," or --
23 what did they tell you?
24 A. Yes, they told me that I would become the
25 program director in mathematics.

Case 1:11-cv-00105-LH-ACT   Document 35-3   Filed 01/30/12   Page 3 of 3

Page 66 (Pages 261-262)

GONZALEZ-ALLER vs. NORTHERN N.M. COLLEGE
CIV 11-CV-105 WDS-ACT

Alejandro Gonzalez-Aller
November 08, 2011

Page 261

```
 1    IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW MEXICO
 2
 3
      ALEJANDRO GONZALEZ-ALLER,
 4
            Plaintiff,
 5
         vs.           No. CIV 11cv105 WDS-ACT
 6
      NORTHERN NEW MEXICO COLLEGE,
 7
            Defendant.
 8
 9          REPORTER'S CERTIFICATE
10
11    I, MICHELE M. TRUJILLO, CCR No. 226, DO HEREBY
12  CERTIFY that on Tuesday, November 8th, 2011, the
13  Deposition of ALEJANDRO GONZALEZ-ALLER was taken
14  before me at the request of, and sealed original
15  thereof retained by:
16       FOR THE DEFENDANT
         MS. PATRICIA G. WILLIAMS
17       WIGGINS, WILLIAMS & WIGGINS, P.C.
         1805 Rio Grande Boulevard, Northwest
18       Albuquerque, New Mexico  87104
19    I FURTHER CERTIFY that copies of this
20  Certificate have been mailed or delivered to all
21  Counsel, and parties to the proceedings not
22  represented by counsel, appearing at the taking of
23  the Deposition.
24
25
```

Page 262

```
 1    I FURTHER CERTIFY that examination of this
 2  transcript and signature of the witness was requested
 3  by the witness and all parties present. On _____,
 4  a letter was mailed or delivered to MR. MICHAEL E.
 5  MOZES regarding obtaining signature of the witness,
 6  and corrections, if any, were appended to the
 7  original and each copy of the Deposition.
 8    I FURTHER CERTIFY that the recoverable cost of
 9  the original and one copy of the Deposition, including
10  exhibits, to MS. PATRICIA G. WILLIAMS is:  $_____.
11    I FURTHER CERTIFY that I did administer the oath
12  to the witness herein prior to the taking of this
13  Deposition; that I did thereafter report in steno-
14  graphic shorthand the questions and answers set forth
15  herein, and the forgoing is a true and correct
16  transcript of the proceeding had upon the taking of
17  this Deposition, to the best of my ability.
18    I FURTHER CERTIFY that I am neither employed by
19  nor related to nor contracted with (unless excepted
20  by the rules) any of the parties or attorneys in this
21  case, and that I have no interest whatsoever in the
22  final disposition of this case in any court.
23              /s/ Michele M. Trujillo
                _____
24       MICHELE M. TRUJILLO
         NEW MEXICO CCR #226
25       License Expires:  12-31-2011
```