

# NORTHERN NEW MEXICO COLLEGE
## Staff Contract

Northern New Mexico College hereby employs __Alejandro Gonzales-Aller__ for the position of __Dean, College of Math, Science, and Engineering__ for the fiscal year, or portion thereof, beginning on __July 1, 2009__ and ending __May 31, 2010*__ at an annual salary of __$65,034__ to be paid in __24__ installments, beginning on __July 20, 2009.__

This contract requires adherence to the duties defined in the approved job description, and to all Board of Regents and institutional policies, procedures and administrative directives, in effect or adopted hereafter.

Termination of this contract by the College will be in accordance with the regulations and policies of the approved Staff Handbook. This contract may also be cancelled if a condition exists in which Northern New Mexico College suffers insufficient funding by lack of sufficient appropriation of funds by either the state or federal government. Contract may also be cancelled upon ceasing of the program in which the bearer is employed, or, for causes outlined in the Staff Handbook.

If accepted this contract must be signed and received in the Office of Human Resources within 15 days of the date of signature of the President. Failure to comply with this requirement will result in the automatic termination of this offer.

All new employees, except for temporaries hired into a permanent position shall serve a probationary period for the initial six (6) months after initial employment. During or at the end of the probationary period or any extension thereof, the employment of a probationary staff member is "at-will" and such employment may be terminated by the President for any reason that he or she deems sufficient. (Refer to Part IV(B)(1) and (C)(1)(II) of the Staff Handbook.)

OTHER CONDITIONS
*This is an 11-month contract.

_____
President

6/22/09
Date

_____
Staff Signature

6-28-09
Date

EXHIBIT 1

NNMC 217