# NORTHERN NEW MEXICO COLLEGE

## Faculty Contract

Name: __Alejandro Gonzales-Aller__

In accordance with the Statues of the State of New Mexico and the Regulations of the Board of Regents as set forth in the Faculty Handbook, the bearer of this contract is hereby appointed Instructor in ____Math/Science____ at Northern New Mexico College.
(Program or Department)

The appointment is for academic year 2009-10, beginning on August 1, 2009 and ending June 30, 2010. Salary is in the amount of $61,612.00* for the term of the contract. This contract is payable in __24__ bi-monthly installments beginning on August 20, 2009 and ending on August 5, 2010.

This agreement cancels all other existing agreements for the period and services covered and acceptance of this contract is indicated by the signature of the bearer. This contract may be cancelled by the Board of Regents for cause not personal to the instructor, such as:

   a. Lack of funding by virtue of insufficient legislative appropriation or other authorization made by the state or federal government.
   b. Reduction in personnel required as a result of decreased enrollment or other revision of educational programs, but this action will be undertaken only by action described in the Faculty Handbook.

APPROVED _____[signature]_____
President, Northern New Mexico College

Date Approved __9/11/09__

Signature of Appointee ___[signature]___

Date Accepted _____

*11 month contract

EXHIBIT 4

NNMC 216