**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ALEJANDRO GONZALEZ-ALLER,

    Plaintiff.

v.                                          No. 1:11-CV-00105-LH-ACT

ANTHONY SENA, in his individual capacity,

    Defendant.

**STIPULATION OF DISMISSAL OF COMPLAINT**

    Pursuant to Federal Rule of Civil Procedure 41 (A)(ii), the parties stipulate to the dismissal with prejudice of the remaining claims alleged in the First Amended Complaint for Damages from Violations of the Age Discrimination in Employment Act, Family and Medical Leave Act, Breach of an Express Contract of Employment, Breach of Implied Contract of Employment, Breach of Covenant of Good Faith and Fair Dealings, and Negligent Misrepresentation.  Each party will bear its own costs and attorneys' fees related to the claim. This Stipulation disposes of all claims and the entire case.

                              By */s/ Michael E. Mozes*
                                    Michael E. Mozes
                              For Plaintiff Gonzalez-Aller
                              5732 Osuna Road NE
                              Albuquerque, NM 87109
                              505-880-1200
                              **mozeslawoffice@gmail.com**

                              And

                                WIGGINS, WILLIAMS & WIGGINS
                                A Professional Corporation

By */s/ Patricia G. Williams*
      Patricia G. Williams
Attorneys for Defendant
1803 Rio Grande Blvd., N.W. (87104)
P. O. Box 1308
Albuquerque, New Mexico 87103-1308
(505) 764-8400

We hereby certify that a copy of this Stipulation was electronically served through the CM/ECF system to counsel of record on this 1st day of August, 2013.

By */s/ Patricia G. Williams*
      Patricia G. Williams

G:\PW\CLIENTS\2573-NM Risk Management\002-Gonzalez-Aller v NNMC\Pleadings\Stipulation of Dismissal.wpd